No. 91–1145. CAMPBELL v. DONDERO ET AL., 503 U. S. 983;

No. 91–1453. HOANG v. SIMS ET AL., 503 U. S. 986;

No. 91–5707. GAGE v. BORG, WARDEN, 502 U. S. 944;

No. 91–6446. BANKS v. CALIFORNIA, 502 U. S. 1045;

No. 91–6682. JEFFRESS v. JEFFRESS, 503 U. S. 961;

No. 91–6886. ABATE v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 503 U. S. 942;

No. 91–6927. REID v. CITY OF FLINT, 502 U. S. 1116;

No. 91–6944. NABKEY v. PECKERAL ET AL., 503 U. S. 909;

No. 91–7175. ROSS v. DAKOTA RAIL, INC., ET AL., 503 U. S. 962;

No. 91–7186. JONES v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 503 U. S. 973;

No. 91–7211. CORDLE v. SQUARE D CO., 503 U. S. 963;

No. 91–7283. YOUNG v. UNITED STATES, 503 U. S. 964;

No. 91–7294. GAMBLE v. WEBSTER, ATTORNEY GENERAL OF MISSOURI, 503 U. S. 974; and

No. 91–7455. SOLIS v. TEXAS, 503 U. S. 992. Petitions for rehearing denied.

No. 91–6122. WHITAKER v. UNITED STATES, 502 U. S. 1076. Motion for leave to file petition for rehearing denied.

JUNE 1, 1992

No. 91–1615. TURNER ET AL. v. ARKANSAS ET AL. Affirmed on appeal from D. C. E. D. Ark. JUSTICE WHITE and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 91–1841. IN RE SLAGLE. C. A. 5th Cir. Certificate dismissed. See this Court's Rule 19.3; *Wisniewski* v. *United States*, 353 U. S. 901 (1957).

JUSTICE WHITE, with whom JUSTICE BLACKMUN and JUSTICE STEVENS join, regarding dismissal.

In dismissing the certificate of question from the Court of Appeals, the Court expresses no opinion whether a petition for mandamus to compel disqualification of an individual member of a three-judge court who has denied a motion to disqualify himself